# United States District Court
# Western District of North Carolina
# Statesville Division

| | |
|---|---|
| Christopher Rashawn Belfield, <br><br> Plaintiff(s), <br><br> vs. <br><br> FNU Honeycut et al, <br><br> Defendant(s). | JUDGMENT IN CASE <br><br> 5:24-cv-00143-KDB |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 28, 2024 Order.

Signed: October 28, 2024

*Katherine H. Simon*

Katherine Hord Simon, Clerk
United States District Court